UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILIPPO LEONE and ANNA LEONE,

    Plaintiffs,                             No. 15-11542

v.                                        District Judge Sean F. Cox
                                             Magistrate Judge R. Steven Whalen

BMI REFRACTORY SERVICES, INC.,

    Defendant.
_____/

## ORDER

For the reasons stated on the record on April 13, 2017, Plaintiffs' Motion to Limit Expert Witness Fees [Doc. #34] is DENIED.

IT IS SO ORDERED.

                                       s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify on April 13, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                       s/Carolyn Ciesla
                                       Case Manager to
                                       Magistrate Judge R. Steven Whalen